

# NUMBER 13-11-00769-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ESTEBANON BARNES AND SLESHIA NEAL,           Appellants,

v.

EDDIE YAKLIN FORD LINCOLN MERCURY,
LTD AND EDDIE YAKLIN F/L/M/, LTD
D/B/A TRINITY ACCEPTANCE,           Appellees.

## On appeal from the 214th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellants, Estebanon Barnes and Sleshia Neal, filed an appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 2011-DCV-0138-F. Appellants have filed an unopposed motion to dismiss the appeal on

grounds that the parties have resolved the issues in dispute.   Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.   In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
18th day of October, 2012.